**William Francis BENTZEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48005.**

Missouri Court of Appeals,
Western District.

May 3, 1994.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and KENNEDY and ELLIS, JJ.

### ORDER

PER CURIAM.

Movant appeals from the trial court's order overruling his Rule 27.26 (repealed 1987)

motion after an evidentiary hearing. We affirm.

Rule 84.16(b).